UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TONEY A. HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12-CV-140JAR (LMB) |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed January 14, 2013. [ECF No. 26] Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Blanton.  Magistrate Judge Blanton recommends that the Court reverse and remand this matter to the Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).  Neither party has filed objections or otherwise responded to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court will reverse and remand this matter to the Commissioner for further administrative proceedings. Specifically, the Administrative Law Judge shall accord the proper weight to the opinion of Plaintiff's treating cardiologist, Dr. Sundeep Das, formulate a new residual functional capacity (RFC) for Plaintiff consistent with the medical evidence of record, and adduce the testimony of a vocational expert to determine how Plaintiff's non-exertional impairments restrict his ability to perform jobs in the national economy. (Doc. No 26, pp. 20-21).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [26] is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that, pursuant to sentence four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.


Dated this 11th day of February, 2013.


_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE